C822M-00015

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**ERIK R. HONEYCUTT,**

    Plaintiff,

vs                                          Case No. 2:20-cv-02151-JTF-jay

**SHELBY COUNTY, TENNESSEE,** a Tennessee municipality; **WELLPATH, LLC,** a Delaware Limited Liability Company; **MONISHA INGRAM, LPN; NICOLE GRANGER, LPN; TAMMIE McINTYRE, LPN; DIANNE McCHRISTIAN, LPN; ALEXIS WHITE, LPN; ETHEL EUBANKS, RN; AURTHRINE JONES, LPN; COZETTE L. BYNUM, LPN; and LATANZA R. MASSENGILL, LPN.**

    Defendants.

## NOTICE OF SERVICE

Defendant, Alexis White, LPN ("Defendant White"), hereby gives notice that she has served her Responses to Plaintiff's First Set of Interrogatories and Requests for Production on Plaintiff's counsel on this the 3rd day of August, 2023. Defendant Ingram has maintained the original per the Local Rules of Court.

Respectfully submitted,

*/s/Noor S. Obaji*
Christopher B. Sullivan        (#20301)
Isaac S. Lew                   (#36702)
Noor S. Obaji                  (#36890)
**LEWIS THOMASON, P.C.**
40 South Main Street, Suite 2900
Memphis, TN  38103-5529
Telephone:    [901]  525-8271
CSullivan@LewisThomason.com
ILew@LewisThomason.com
NObaji@LewisThomason.com

*Attorneys for Wellpath Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was served *via* the CM/ECF filing system on this 3rd day of August, 2023 on all counsel of record.

*/s/Noor S. Obaji*
Noor S. Obaji

8885401